UNITED STATES of America,
Plaintiff-Appellee,

v.

Oliver DOLORES-CRUZ, Defendant-
Appellant.

No. 15-50354

United States Court of Appeals,
Ninth Circuit.

Submitted January 18, 2017 *

Filed January 24, 2017

Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Kristin J. Kraus, Esquire, Trial Attorney, Law Office of Kris J. Kraus, San Diego, CA, for Defendant-Appellant

Before: TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Oliver Dolores-Cruz appeals from the district court's judgment and challenges the 27-month sentence imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326. A review of the record indicates that this appeal is moot because Dolores-Cruz has fully served his custodial sentence and is not subject to a term of

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

supervised release. *See Spencer v. Kemna*, 523 U.S. 1, 14, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

DISMISSED.